UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
In re:                                                   :    Chapter 7
                                                         :
Rodney Wayne Weidenbenner                                :    Case No. 14-35443 (CGM)
and Michele Ann Weidenbenner.                            :
                                                         :
                            Debtor.                      :
                                                         :
-------------------------------------------------------- X

# ORDER FINDING STAY VIOLATION AND AWARDING DAMAGES

For the reasons indicated in the Court's Memorandum Decision dated December 12, 2014, it is hereby

**ORDERED** that by placing an administrative freeze on property of the estate, Wells Fargo violated the automatic stay; that Debtors had standing to prosecute an action for damages of the automatic stay; and that Debtors are entitled to actual damages in the amount of $25.00, plus costs and attorneys' fees for bringing this motion.

Dated: December 30, 2014
Poughkeepsie, New York

                                          BY THE COURT

                                          /s/ Cecelia G. Morris
                                          *Chief United States Bankruptcy Judge*